UNITED STATES of America,
Plaintiff–Appellee,

v.

Margarita LUJAN–CALZADA,
Defendant–Appellant.

No. 03–50641.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2003.

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Margarita Lujan–Calzada, pro se, Dublin, CA, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

Nancy G. Revelette, the attorney appointed to represent Margarita Lujan–Calzada, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lujan–Calzada has filed no response to Revelette's motion. Our independent review of the record and Revelette's brief shows that there are no nonfrivolous issues for appeal. Accordingly, Revelette's motion for leave to withdraw is GRANTED, Revelette is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

